United States Bankruptcy Court

Central District of California

In re:  Case No. 18-12079-DS
Super98, LLC  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-9      User: admin      Page 1 of 3
Date Rcvd: Apr 27, 2023      Form ID: pdf042      Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Super98, LLC, 345 Rimrock Road, Thousand Oaks, CA 91361-5206 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | ##+ | Kevin M. Sullivan, Law Office of Kevin M. Sullivan, 351 California Street, Suite 300, San Francisco, CA 94104-2422 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2023 at the address(es) listed below:

**Name**      **Email Address**

Alphamorlai Lamine Kebeh
    on behalf of Trustee Jerry Namba (TR) akebeh@danninggill.com

Beth Gaschen
    on behalf of Petitioning Creditor Jeremy W. Faith as Chapter 7 Trustee for Estate of Robert Hesselgesser MD bgaschen@go2.law, kadele@wgllp.com;cbmeeker@gmail.com;cyoshonis@wgllp.com;lbracken@wgllp.com;bgaschen@ecf.courtdrive.com;gestrada@wgllp.com

Beth Gaschen

| | | |
|---|---|---|
| District/off: 0973-9 | User: admin | Page 2 of 3 |
| Date Rcvd: Apr 27, 2023 | Form ID: pdf042 | Total Noticed: 1 |

    on behalf of Interested Party Interested Party bgaschen@go2.law kadele@wgllp.com;cbmeeker@gmail.com;cyoshonis@wgllp.com;lbracken@wgllp.com;bgaschen@ecf.courtdrive.com;gestrada@wgllp.com

Carmela Pagay

    on behalf of Creditor Sandra K McBeth Chapter 7 Trustee ctp@lnbyg.com

Dara L Silveira

    on behalf of Defendant Security Finance 1 LLC  a Delaware limited liability company dsilveira@kbkllp.com, cmitsuoka@kbkllp.com

Dara L Silveira

    on behalf of Defendant Bentham IMF 1 LLC  a Delaware limited liability company dsilveira@kbkllp.com, cmitsuoka@kbkllp.com

David W. Meadows

    on behalf of Mediator Mediator david@davidwmeadowslaw.com

Eric P Israel

    on behalf of Interested Party Courtesy NEF eisrael@DanningGill.com  danninggill@gmail.com;eisrael@ecf.inforuptcy.com

Eric P Israel

    on behalf of Plaintiff Jerry Namba  Chapter 7 Trustee eisrael@DanningGill.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com

Eric P Israel

    on behalf of Trustee Jerry Namba (TR) eisrael@DanningGill.com  danninggill@gmail.com;eisrael@ecf.inforuptcy.com

Eric P Israel

    on behalf of Attorney Courtesy NEF eisrael@DanningGill.com  danninggill@gmail.com;eisrael@ecf.inforuptcy.com

George E Schulman

    on behalf of Plaintiff Jerry Namba  Chapter 7 Trustee GSchulman@DanningGill.Com, danninggill@gmail.com;gschulman@ecf.inforuptcy.com

Jeffrey I Golden

    on behalf of Petitioning Creditor Jeremy W. Faith  as Chapter 7 Trustee for Estate of Robert Hesselgesser MD jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;gestrada@wgllp.com;golden.jeffreyi.b117954@notify.bestcase.com

Jennifer L Nassiri

    on behalf of Defendant Quinn Emanuel Urquhart & Sullivan  LLP JNassiri@sheppardmullin.com

Jennifer L Nassiri

    on behalf of Creditor Quinn Emanuel Urquhart & Sullivan LLP JNassiri@sheppardmullin.com

Jennifer R Steeve

    on behalf of Creditor Senior Operations LLC jsteeve@rshc-law.com ehellwig@rshc-law.com,docketdept@rshc-law.com;jroquemore@rshc-law.com

Jerry Namba (TR)

    jnambaepiq@earthlink.net  jnambalaw@yahoo.com;jn01@trustesolutions.net;paknamba@gmail.com

John N Tedford, IV

    on behalf of Trustee Jerry Namba (TR) jtedford@DanningGill.com  danninggill@gmail.com;jtedford@ecf.courtdrive.com

John N Tedford, IV

    on behalf of Plaintiff Jerry Namba  Chapter 7 Trustee jtedford@DanningGill.com, danninggill@gmail.com;jtedford@ecf.courtdrive.com

Keith C Owens

    on behalf of Creditor Laurence H. Levine kowens@foxrothschild.com  khoang@foxrothschild.com

Keith C Owens

    on behalf of Defendant Laurence H. Levine  an individual kowens@foxrothschild.com, khoang@foxrothschild.com

Kenneth John Shaffer

    on behalf of Defendant Quinn Emanuel Urquhart & Sullivan  LLP johnshaffer@quinnemanuel.com

Kenneth John Shaffer

    on behalf of Creditor Quinn Emanuel Urquhart & Sullivan LLP johnshaffer@quinnemanuel.com

Kevin M. Sullivan

    on behalf of Interested Party Barbara J Roberts

Kevin M. Sullivan

    on behalf of Debtor Super98  LLC

Michael A Sweet

    on behalf of Defendant Laurence H. Levine  an individual msweet@foxrothschild.com, swillis@foxrothschild.com;pbasa@foxrothschild.com

Michael G D'Alba

|  |  |
|---|---|
|  | on behalf of Plaintiff Jerry Namba Chapter 7 Trustee mdalba@DanningGill.com, DanningGill@gmail.com;mdalba@ecf.inforuptcy.com |
| Michael H Raichelson | on behalf of Creditor Sphere Alliance mhr@cabkattorney.com |
| Ryan Landes | on behalf of Creditor Quinn Emanuel Urquhart & Sullivan LLP ryanlandes@quinnemanuel.com |
| Ryan Landes | on behalf of Defendant Quinn Emanuel Urquhart & Sullivan  LLP ryanlandes@quinnemanuel.com |
| Sabari Mukherjee | on behalf of Attorney Courtesy NEF notices@becket-lee.com |
| Sonia Singh | on behalf of Plaintiff Jerry Namba  Chapter 7 Trustee ssingh@ecjlaw.com, amatsuoka@ecjlaw.com,dperez@ecjlaw.com |
| Sonia Singh | on behalf of Interested Party Courtesy NEF ssingh@ecjlaw.com amatsuoka@ecjlaw.com,dperez@ecjlaw.com |
| Sonia Singh | on behalf of Attorney Courtesy NEF ssingh@ecjlaw.com amatsuoka@ecjlaw.com,dperez@ecjlaw.com |
| Timothy J Yoo | on behalf of Attorney Courtesy NEF tjy@lnbyb.com |
| Tobias S Keller | on behalf of Defendant Security Finance 1 LLC  a Delaware limited liability company tkeller@kellerbenvenutti.com |
| Tobias S Keller | on behalf of Defendant Bentham IMF 1 LLC  a Delaware limited liability company tkeller@kbkllp.com |
| Todd C. Ringstad | on behalf of Creditor John Skirtich becky@ringstadlaw.com  arlene@ringstadlaw.com |
| Todd C. Ringstad | on behalf of Defendant John Skirtich  an individual becky@ringstadlaw.com, arlene@ringstadlaw.com |
| Todd C. Ringstad | on behalf of Interested Party Interested Party becky@ringstadlaw.com  arlene@ringstadlaw.com |
| Todd C. Ringstad | on behalf of Interested Party INTERESTED PARTY becky@ringstadlaw.com  arlene@ringstadlaw.com |
| Todd C. Ringstad | on behalf of Defendant The Cardinal Collection Educational Foundation  a California non-profit public benefit corporation becky@ringstadlaw.com, arlene@ringstadlaw.com |
| Todd C. Ringstad | on behalf of Defendant Martin Logies  an individual becky@ringstadlaw.com, arlene@ringstadlaw.com |
| Todd C. Ringstad | on behalf of Interested Party Courtesy NEF becky@ringstadlaw.com  arlene@ringstadlaw.com |
| Todd C. Ringstad | on behalf of Creditor Cardinal Collection Educational Foundation becky@ringstadlaw.com  arlene@ringstadlaw.com |
| Todd C. Ringstad | on behalf of Creditor Martin Logies becky@ringstadlaw.com  arlene@ringstadlaw.com |
| United States Trustee (ND) | ustpregion16.nd.ecf@usdoj.gov |
| Uzzi O Raanan, ESQ | on behalf of Plaintiff Jerry Namba  Chapter 7 Trustee uraanan@DanningGill.com, DanningGill@gmail.com;uraanan@ecf.inforuptcy.com |
| Uzzi O Raanan, ESQ | on behalf of Trustee Jerry Namba (TR) uraanan@DanningGill.com  DanningGill@gmail.com;uraanan@ecf.inforuptcy.com |

TOTAL: 49

ERIC P. ISRAEL (State Bar No. 132426)
eisrael@DanningGill.com
ALPHAMORLAI L. KEBEH (State Bar No. 336798)
akebeh@DanningGill.com
DANNING, GILL, ISRAEL & KRASNOFF, LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067-6006
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

Attorneys for Jerry Namba, Chapter 7 Trustee

**FILED & ENTERED**

**APR 27 2023**

**CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bertelsen DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# NORTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 9:18-bk-12079-DS |
| SUPER98, LLC, | Chapter 7 |
| Debtor. | **ORDER GRANTING MOTION TO APPROVE COMPROMISE WITH JEREMY W. FAITH AS CHAPTER 7 TRUSTEE FOR THE ESTATE OF ROBERT D. HESSELGESSER, M.D.** |

The court having reviewed and considered the "Motion to Approve Compromise with Jeremy W. Faith as Chapter 7 Trustee for the Estate of Robert D. Hesselgesser, M.D." (the "Motion," Docket No. 189), and good cause appearing,

IT IS HEREBY ORDERED as follows:

1. The Motion is granted.

2. The settlement agreement (the "Agreement"), attached as exhibit 1 to the Motion, is approved.

3. Claim number 14 in the above-captioned case is disallowed.

4. Jeremy W. Faith, trustee for the estate of Robert Hesselgesser M.D., case number 9:17-bk-11579-DS, is allowed an administrative claim against Super98, LLC's estate in the sum of $40,000, payable at the conclusion of this case.

5. The chapter 7 trustee for the estate of Super98, LLC, Jerry Namba (the "Trustee"), is authorized to enter into the Agreement.

6. The Trustee is authorized to execute all documents and take any action reasonably necessary to effectuate the Agreement.

###

Date: April 27, 2023

Deborah J. Saltzman
United States Bankruptcy Judge

2